UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CATALINA ANGELICA GARCIA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:25-CV-00364 |
| § | |
| CITY OF MCALLEN, and § | |
| OMAR CABALLERO, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the January 16, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Juan F. Alanis. (Dkt. No. 35). Judge Alanis made findings and conclusions and recommended that Defendants' Consolidated Rule 12 Motion to Dismiss Plaintiff's First Amended Complaint and, Alternatively, for More Definite Statement, (Dkt. No. 24), be granted and that Plaintiff's First Amended Complaint, (Dkt. No. 23), be dismissed, (Dkt. No. 35).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On January 20, 2026, Plaintiff filed 10 objections. (Dkt. No. 37). These objections assert that the M&R erred by (1) applying an incorrect "derivative-injury framework" when analyzing Plaintiff's First Amended Complaint, (2) importing a "seizure or arrest" requirement into the standing analysis, (3) labeling Plaintiff as a bystander, (4) finding that a seizure had not occurred when Plaintiff was barred from reaching her child, (5) dismissing Plaintiff's parental rights

claim with prejudice under a "best case" doctrine without a futility finding, (6) dismissing Plaintiff's ADA claim with prejudice, (7) dismissing Plaintiff's *Monell* and failure to train claim, (8) discounting allegations and demands within the First Amended Complaint, (9) not allowing Plaintiff an opportunity to respond to Defendants' Reply, (Dkt. No. 30), and (10) denying Plaintiff an opportunity to cure defects in her First Amended Complaint, (*see generally* Dkt. No. 37).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Alanis's M&R, (Dkt. No. 35), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendants' Consolidated Rule 12 Motion to Dismiss Plaintiff's First Amended Complaint and, Alternatively, for More Definite Statement, (Dkt. No. 24), is **GRANTED**;

(3) Plaintiff's First Amended Complaint, (Dkt. No. 23), is **DISMISSED** as follows;

  a. Any claim brought on behalf of A.O. is **DISMISSED without prejudice**;

    b. Plaintiff's claims brought under Section 1983 alleging unlawful arrest and excessive force are **DISMISSED without prejudice** for lack of standing;

    c. Plaintiff's claims brought under Section 1983 alleging parental rights violations under the Fourteenth Amendment are **DISMISSED with prejudice** for failure to state a claim;

    d. Plaintiff's claims under *Monell* for municipal liability are **DISMISSED with prejudice** for failure to state a claim;

    e. Plaintiff's claims brought under Title II of the ADA and § 504 of the Rehabilitation Act are **DISMISSED without prejudice** for lack of standing; and

    f. Any and all claims brought under Texas state law are **DISMISSED without prejudice**.

(4)    Plaintiff's Request for Admissions from Defendants, (Dkt. No. 29), is **DENIED as moot**.

It is SO ORDERED.

Signed on February 13, 2026.

                                                    */s/ Drew B. Tipton*
                                                      **DREW B. TIPTON**
                                                 **UNITED STATES DISTRICT JUDGE**