United States District Court
Southern District of Texas

**ENTERED**

August 11, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **CATALINA ANGELICA GARCIA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 7:25-CV-00364** |
| | § | |
| **CITY OF MCALLEN and** | § | |
| **OMAR CABALLERO,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the April 10, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Juan F. Alanis. (Dkt. No. 44). Judge Alanis made findings and conclusions and recommended that Plaintiff's Motion to Alter or Amend Judgment, (Dkt. No. 40), be denied, (Dkt. No. 44).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On April 12, 2026, Plaintiff filed four objections. (Dkt. No. 46). First, Plaintiff asserts that the M&R "misstates the record in concluding that Plaintiff provided 'no justification' for reopening." (*Id.* at 3). Second, Plaintiff argues that the M&R erred by "appl[ying] the post-judgment amendment framework too rigidly by treating previously available facts as effectively dispositive." (*Id.* at 3–4). Third, Plaintiff claims that the M&R's "futility finding is too categorical because the Proposed Second Amended Complaint now pleads direct, Plaintiff-specific injuries." (*Id.* at 4–5). Finally, Plaintiff objects to the M&R because it "does not adequately

account for the procedural posture reflected on the docket, Plaintiff's pro se status, and the resulting manifest injustice." (*Id.* at 5).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Alanis's M&R, (Dkt. No. 44), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion to Alter or Amend Judgment, (Dkt. No. 40), is **DENIED**.

It is SO ORDERED.

Signed on August 11, 2026.

Drew B Tipton

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**